UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL,<br><br>　　　　Appellant,<br><br>　v.<br><br>ALAN S. FUKUSHIMA,<br><br>　　　　Appellee. | No. 2:20-mc-00216-MCE-KJN<br><br><br><br>ORDER |

　　　Joshua Neil Harrell's Motion to Proceed In Forma Pauperis on appeal to the Bankruptcy Appellate Panel is GRANTED.

　　　IT IS SO ORDERED.

Dated: September 3, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE